AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▼

| | |
|---|---|
| SHELDA LEONCE | ) )  )  ) |
| _Plaintiff(s)_ | ) )  ) |
| v. | ) Civil Action No.   0:26-cv-60937-MD |
| PHARMACY4HUMANITY, INC., | ) )  ) |
| _Defendant(s)_ | ) )  ) )  ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  PHARMACY4HUMANITY, INC.,
CORPORATION SERVICE COMPANY-REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andres Kroboth, Esq. (andres@floridaovertimelawyer.com)
RICHARD CELLER LEGAL, P.A.
7951 SW 6th Street Suite 316,
Plantation, Florida, 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 3, 2026

_s/ K. Rivers_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court